**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD RAY McCARDELL, | NO. CV 19-10094-DMG(E) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 17, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE